```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF TEXAS
                      FORT WORTH DIVISION
```

```
CHAMBER OF COMMERCE OF THE        §
UNITED STATES OF AMERICA, ET AL.  §
                                  §
VS.                               §    ACTION NO. 4:24-CV-213-Y
                                  §
CONSUMER FINANCIAL PROTECTION     §
BUREAU, ET AL.                    §
```

ORDER FOR REASSIGNMENT

The undersigned judge, having taken senior status, desires to have this case re-assigned to an active-status judge. The clerk of the Court is therefore DIRECTED to re-assign this case by random draw to another judge.

SIGNED March 7, 2024.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE