UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA**, *et al.*, | § § § § | |
| **Plaintiffs,** | § § | Civil Action No. 4:24-cv-00213-O |
| **v.** | § § | |
| **CONSUMER FINANCIAL PROTECTION BUREAU**, *et al.*, | § § § | |
| **Defendants.** | § § | |

## ORDER

Before the Court are Plaintiffs' Motion for Preliminary Injunction (ECF No. 3) and Plaintiffs' Emergency Motion for Expedited Briefing (ECF No. 6), both of which were filed March 7, 2024. The Court finds good cause to expedite the briefing schedule on the requested preliminary injunction. *Cf. Shepherd v. Regan*, No. 4:23-cv-00826-P, ECF No. 6 (N.D. Tex. Nov. 17, 2023) (setting expedited briefing schedule on motion for preliminary injunction); *Doe v. Texas Christian Univ.*, No. 4:22-cv-00297-O, ECF No. 13 (N.D. Tex. 2022) (same). Accordingly, the Court **ORDERS** Defendants to file a response by **March 12, 2024**. Plaintiffs may file a reply by **March 14, 2024**. The Court further **ORDERS** Plaintiffs to immediately deliver a copy of this Order to Defendants and file a notice on the docket by **March 8, 2024** confirming delivery was made.

**SO ORDERED** this **8th day** of **March, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE