# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Chamber of Commerce of the U.S., et al.
Plaintiff

v.

4:24-cv-00213-O
Civil Action No.

Consumer Financial Protection Bureau, et al.
Defendant

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Defendants the Consumer Financial Protection Bureau and Rohit Chopra, in his official capacity,

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

N/A

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Credit card issuers that together with their affiliates have one million or more open credit card accounts.

| | |
|---|---|
| Date: | March 14, 2024 |
| Signature: | /s/ Stephanie B. Garlock |
| Print Name: | Stephanie B. Garlock |
| Bar Number: | D.C. Bar No. 1779629 |
| Address: | 1700 G Street, NW |
| City, State, Zip: | Washington, DC 20552 |
| Telephone: | (202) 435-7201 |
| Fax: | (202) 435-7024 |
| E-Mail: | stephanie.garlock@cfpb.gov |

**NOTE:**  To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.