UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
501 W. 10th STREET
FORT WORTH, TEXAS 76102

REED O'CONNOR

U.S. District Judge

817/850-6788 Chambers

817/850-6787 Facsimile

March 14, 2024

Karen Mitchell
Clerk of Court
United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, TX 75242

Re:   4:24-cv-213-O

Dear Ms. Mitchell:

    I hereby recuse myself from the above numbered case.  Please see that it is assigned to another judge per the usual procedure.

Sincerely,

Reed O'Connor
UNITED STATES DISTRICT JUDGE