UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

CHAMBER OF COMMERCE OF THE
UNITED STATES OF AMERICA, ET AL.,

    Plaintiffs,

v.                                                                    No. 4:24-cv-00213-P

CONSUMER FINANCIAL PROTECTION
BUREAU, ET AL.,

    Defendants.

## ORDER

After a review of the record, and in particular the briefing surrounding Plaintiffs' Motion for Preliminary Injunction, the Court has concerns regarding whether the Fort Worth Division of the Northern District of Texas is the correct venue to hear this lawsuit.

The Court is weary that there appears to be an attenuated nexus to the Fort Worth Division, given only one plaintiff of the six in this matter has even a remote tie to the Fort Worth Division.

Accordingly, the Court finds it necessary to **ORDER** expedited briefing regarding venue. Plaintiffs have **until 5:00 p.m. on Thursday, March 21, 2024**, to explain the case's connection to the division and how the court should weigh the *In re Volkswagen* private- and public-interest factors. *See* 545 F.3d 304, 315–18 (5th Cir. 2008) (en banc). Defendants will have **until 5:00 p.m. on Monday, March 25, 2024**, to respond. The Court will then determine whether, for the convenience of the parties and witnesses and in the interest of justice, it should transfer the case to a more convenient venue under 28 U.S.C. § 1404.

In the alternative, the Court welcomes Defendants to file a motion to transfer under § 1404. If Defendants so choose, they must notify the Court of their intent to file a motion by **5:00 p.m. on Tuesday, March 19, 2024**. They will then have **until 5:00 p.m. on Thursday, March**

**21, 2024,** to file their motion and accompanying brief. Plaintiffs would then have **until 5:00 p.m. on Monday, March 25, 2024**, to respond.

**SO ORDERED** on this **18th day of March 2024.**

Mark T. Pittman
UNITED STATED DISTRICT JUDGE