UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CHAMBER OF COMMERCE OF THE**
**UNITED STATES OF AMERICA, ET AL.,**

  Plaintiffs,

v.                                     No. 4:24-cv-00213-P

**CONSUMER FINANCIAL PROTECTION**
**BUREAU, ET AL.,**

  Defendants.

# ORDER

Before the Court is Plaintiffs' Motion for Expedited Consideration of Plaintiffs' Preliminary Injunction Motion. ECF No. 47. After a review of the Motion, docket, and appropriate case law, the Court determines, for the reasons explained below, that the Motion should be and hereby is **DENIED**.

While the Court appreciates Plaintiffs' efforts to educate the Court on what they believe the Court does and does not need, the undersigned Judge has been a federal district Judge for almost five years and a judge generally for nearly a decade. *See* ECF No. 48 at 12 ("The Court need not be troubled by venue in this Division under Section 1404(a)"). Based on experience, the Court has found that it can determine what briefing it may or may not need.

Plaintiffs explain that Defendants have not addressed certain public- and private- interest factors relevant to the Court's venue analysis. *See id.* at 12–14. ("Defendants have identified no witnesses or physical evidence . . . Defendants have identified no need for compulsory process . . . Defendants can make no showing"). This is the very reason the Court ordered briefing on this issue, to be able to ascertain from the arguments made by *both* Parties, whether venue is appropriate. *See* ECF No. 45.

The Court understands the urgency with which Plaintiffs feel their case needs to proceed. However, the Northern District of Texas has one of the busiest dockets in the country. According to the Federal Court Management Statistics maintained by the Administrative Office of the United States Courts, for the 12-month period ending on December 30, 2023, the Northern District of Texas saw 7,012 filings (584 filings per judgeship). As of December 30, there were 473 pending cases per judgeship. For comparison, in the District of Columbia, there were a total of 4,467 filings (298 filings per judgeship) and 427 pending cases per judgeship. If one focuses on the Fort Worth division in particular, these figures are even more stark. Although Fort Worth is the thirteenth largest city in the United States with a population quickly approaching one million, the Fort Worth division has only two active district judges. That is the same number as the divisions in Tyler (population approximately 108,000) and Beaumont (population approximately 112,000) within the Eastern District of Texas. Given these statistics, the Court does not have the luxury to give increased attention to certain cases just because a party to the case thinks their case is more important than the rest.[1] There are simply too many cases that demand the Court's full attention.

For these reasons, Plaintiffs' Motion for Expedited Consideration is **DENIED**.

**SO ORDERED** on this **20th day of March 2024.**

*Mark T. Pittman*

Mark T. Pittman
UNITED STATED DISTRICT JUDGE

---

[1] "The good judge takes equal pains with every case no matter how humble; he knows that important cases and unimportant cases do not exist, for injustice is not one of those posions which, though harmful when taken in large doses, yet when taken in small does may produce a salutary effect, Injustice is a dangerous poison even in doses of homeopathic proportions." *Judge Piero Calamandrei quoted in* HANDBOOK FOR JUDGES 158 (Donald K Carroll ed.)

2