**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; FORT WORTH CHAMBER OF COMMERCE; LONGVIEW CHAMBER OF COMMERCE; AMERICAN BANKERS ASSOCIATION; CONSUMER BANKERS ASSOCIATION; and TEXAS ASSOCIATION OF BUSINESS, <br><br> Plaintiffs, <br><br> v. <br><br> CONSUMER FINANCIAL PROTECTION BUREAU; and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau, <br><br> Defendants. | Case No.: 4:24-cv-213-P |

**DEFENDANTS' MOTION TO TRANSFER**

Defendants the Consumer Financial Protection Bureau and Rohit Chopra (collectively, the Bureau) respectfully move to transfer this case to the United States District Court for the District of Columbia. As the Bureau explains in its accompanying brief, this case should be transferred under 28 U.S.C. § 1404 because Washington, D.C. is a better venue for resolving a dispute over a regulation promulgated in D.C that directly affects only large credit card issuers—none of which are based in this Division—than the Fort Worth Division of the Northern District of Texas.

DATED:  March 21, 2024

Respectfully Submitted,

SETH FROTMAN
*General Counsel*

1

STEVEN Y. BRESSLER
*Deputy General Counsel*

KRISTIN BATEMAN
*Assistant General Counsel*

*/s/ Stephanie B. Garlock*
STEPHANIE B. GARLOCK*
*Counsel*
D.C. Bar No. 1779629
JUSTIN M. SANDBERG*
*Senior Counsel*
Ill. Bar No. 6278377
Consumer Financial Protection Bureau
1700 G St. NW
Washington, D.C. 20552
Stephanie.Garlock@cfpb.gov
Justin.Sandberg@cfpb.gov
(202) 435-7201 (Garlock)
(202) 450-8786 (Sandberg)
(202) 435-7024 (fax)

*Admitted *pro hac vice*

*Counsel for Defendants the Consumer
Financial Protection Bureau and Rohit
Chopra*

## CERTIFICATE OF CONFERENCE

I hereby certify that on March 19, 2024, I communicated by email with counsel for

Plaintiffs, who indicated that Plaintiffs oppose the motion to transfer to the U.S. District Court

for the District of Columbia.

/s/ Stephanie B. Garlock
STEPHANIE B. GARLOCK

## CERTIFICATE OF SERVICE

I hereby certify on March 21, 2024, a true and correct copy of this document was served electronically by the Court's CM/ECF system to all counsel of record.

*/s/ Stephanie B. Garlock*
STEPHANIE B. GARLOCK