UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CHAMBER OF COMMERCE OF THE**
**UNITED STATES OF AMERICA, ET AL.,**

  Plaintiffs,

v.     No. 4:24-cv-00213-P

**CONSUMER FINANCIAL PROTECTION**
**BUREAU, ET AL.,**

  Defendants.

## ORDER

  Before the Court is Plaintiffs' Motion for a Preliminary Injunction. ECF No. 3. Upon review of the docket and arguments of both Parties, the Court determines that a hearing is necessary.

  The Court hereby **ORDERS** that a hearing on Plaintiffs' Motion will be held at **9:00 a.m. on Tuesday, April 2, 2024,** in the Fourth Floor Courtroom of the Eldon B. Mahon United States Courthouse, located at 501 W. 10th Street, Fort Worth, Texas.

  Counsel should be prepared to discuss the Motion and all pending matters before the Court in this case. Each side be allotted **two hours** to present their arguments before the Court.

  **SO ORDERED** on this **26th day of March 2024.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE