UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

CHAMBER OF COMMERCE OF THE
UNITED STATES OF AMERICA, ET AL.,

  Plaintiffs,

v.                                                No. 4:24-cv-00213-P

CONSUMER FINANCIAL PROTECTION
BUREAU, ET AL.,

  Defendants.

## ORDER

Before the Court is Plaintiffs' Motion for a Preliminary Injunction. ECF No. 3. Upon review of the docket and arguments of both Parties, the Court determines that the Parties would benefit from mediation.

The Court hereby **REFERS** this case for mediation and **APPOINTS the Honorable David L. Evans** as Mediator. The Parties shall mediate with Judge Evans **on April 19, 2024, at the offices of Judge Evans.** Within **seven days** after the mediation, the Parties shall **jointly prepare and file a written report**, which shall be signed by counsel for each party, detailing the date on which the mediation was held, the persons present (including the capacity of any representative), and a statement informing the Court of the effect of their mediation and whether this case has been settled by agreement of the Parties.

**SO ORDERED** on this **26th day of March 2024.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE