FILED
April 2, 2024
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 30, 2024
Lyle W. Cayce
Clerk

No. 24-10266

In re Fort Worth Chamber of Commerce; Longview Chamber of Commerce; American Bankers Association; Consumer Bankers Association; Texas Association of Business; Chamber of Commerce for the United States of America,

*Petitioners.*

———

Petition for a Writ of Mandamus
to the United States District Court
for the Northern District of Texas
USDC No. 4:24-CV-213

———

UNPUBLISHED ORDER

Before Stewart, Graves, and Oldham, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that the petition for writ of mandamus is expedited to the next oral argument panel to be heard with our case No. 24-10248, *Chamber of Commerce v. CFPB*.