**FILED**
**April 2, 2024**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 30, 2024
Lyle W. Cayce
Clerk

———————

No. 24-10248

———————

Chamber of Commerce for the United States of America, Fort Worth Chamber of Commerce; Longview Chamber of Commerce; American Bankers Association; Consumer Bankers Association; Texas Association of Business,

*Plaintiffs—Appellants*,

Versus

Consumer Financial Protection Bureau; Rohit Chopra, *in his official capacity as Director of the Consumer Financial Protection Bureau*,

*Defendants—Appellees*.

———————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CV-213

———————————————————

<u>UNPUBLISHED ORDER</u>

Before Stewart, Graves, and Oldham, *Circuit Judges*.
Per Curiam:

    IT IS ORDERED that the District Court's transfer order is administratively stayed until 5:00 PM on Tuesday, April 2, 2024.

Case: 24-10248    Document: 62-1    Page: 2    Date Filed: 03/30/2024
Case 4:24-cv-00213-P    Document 70    Filed 04/02/24    Page 2 of 2    PageID 535

No. 24-10248

IT IS FURTHER ORDERED that this appeal and all pending motions are expedited to the next oral argument panel.