UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CHAMBER OF COMMERCE OF THE**
**UNITED STATES OF AMERICA, ET AL.,**

  Plaintiffs,

v.                                          No. 4:24-cv-00213-P

**CONSUMER FINANCIAL PROTECTION**
**BUREAU, ET AL.,**

  Defendants.

## ORDER

This case is currently scheduled for mediation with the Honorable David L. Evans on April 19, 2024. *See* ECF No. 66. To prevent unnecessary expense to the Parties in this case, the Court **ORDERS** that the mediation scheduled for April 19, 2024, be **CANCELLED** until further notice by the Court.

**SO ORDERED** on this **9th day** of **April 2024.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE