U.S. District Court

**4:24-cv-213-P**                    District of Columbia

**Notice of Electronic Filing**

The following transaction was entered on 4/10/2024 at 1:34 PM and filed on 4/10/2024

| | |
|---|---|
| **Case Name:** | CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA et al v. CONSUMER FINANCIAL PROTECTION BUREAU et al |
| **Case Number:** | 1:24-cv-00915-ABJ |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
MINUTE ORDER. This case was received from the U.S. District Court in the Northern District of Texas on March 29, 2024. On April 8, 2024, the Court received a copy of the Order Reopening Case and Providing Notice to the United States District Court of the District of Columbia ("Notice and Order") [69], which was issued by the Texas district court in accordance with In re Fort Worth Chamber of Commerce, No. 24-10266 (5th Cir. Apr. 5, 2024) (attached to Notice and Order). The Fifth Circuit found that the district court lacked jurisdiction to transfer the case while an appeal was pending before the Court of Appeals, and it ordered the district court to "reopen the case and to give notice to D.D.C. that its transfer was without jurisdiction and should be disregarded." While the Court is not inclined to "disregard" a case on its docket, and it has considerable discretion to supervise its own cases, a review of the Notice and Order, as well as the docket in the Northern District of Texas, reflects that the case is now proceeding there under the supervision of another district court. Therefore, the case will be terminated on this court's docket at this time without prejudice. This order should not be read to express any view on the transfer question, which has not been presented to this Court to decide. The Clerk of Court is directed to terminate this case on the docket of the District Court for the District of Columbia. Signed by Judge Amy Berman Jackson on 4/10/24. (DMK)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

CHAMBER OF COMMERCE OF THE
UNITED STATES OF AMERICA, ET AL.,

   Plaintiffs,

v.                                     No. 4:24-cv-00213-P

CONSUMER FINANCIAL PROTECTION
BUREAU, ET AL.,

   Defendants.

### ORDER REOPENING CASE AND PROVIDING NOTICE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

In accordance with the order and instructions of the United States Fifth Circuit Court of Appeals, attached hereto as Exhibit A, the Court hereby **ORDERS** the Clerk of the Court to reopen this case. Further, the Court **ORDERS** the Clerk of the Court to provide a copy of this Order to the United States District Court for the District of Columbia in order to provide notice that the Court's "transfer was without jurisdiction and should be disregarded." *In re Fort Worth Chamber of Commerce*, No. 24-10266, Slip Op. at 2 (5th Cir. Apr. 5, 2024).

SO ORDERED on this 8th day of March 2024.

*/s/ Mark T. Pittman*
Mark T. Pittman
UNITED STATES DISTRICT JUDGE



UNITED STATES DISTRICT AND
BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
OFFICE OF THE CLERK
E. BARRETT PRETTYMAN COURTHOUSE
WASHINGTON, DC 20001

OFFICIAL BUSINESS

RECEIVED
APR 24 2024
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

US POSTAGE — PITNEY BOWES
ZIP 20001
02 1W
0001399957 APR 19 2024
$ 000.64⁰

7610239641 0024

Office of Clerk of the U.S. District Court
501 W. Tenth Street
Rm 310
Fort Worth, Texas 76102