UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CHAMBER OF COMMERCE OF THE
UNITED STATES OF AMERICA, ET AL.,**

  Plaintiffs,

v.                                                No. 4:24-cv-00213-P

**CONSUMER FINANCIAL PROTECTION
BUREAU, ET AL.,**

  Defendants.

## ORDER

  Before the Court is Defendants' Unopposed Motion for Extension of Time to Respond to Complaint (ECF No. 75). Having considered the Motion, relevant docket entries, and applicable law, the Court **GRANTS** the Motion, extending the time to answer or otherwise respond to the complaint **by 21 days to May 28, 2024**.

  **SO ORDERED** on this **29th day of April 2024.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE