UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CHAMBER OF COMMERCE OF THE
UNITED STATES OF AMERICA, ET AL.,**

   Plaintiffs,

v.                                 No. 4:24-cv-00213-P

**CONSUMER FINANCIAL PROTECTION
BUREAU, ET AL.,**

   Defendants.

## ORDER

On March 10, 2024, this Court granted Plaintiffs' Motion for Preliminary Injunction. ECF No. 82. The Court therefore has questions concerning the live cause of actions in this case and what next steps are appropriate to move the case along.

The Court, accordingly, **ORDERS** both Parties to brief the Court on what the live pleadings are in this case and the current posture of such pleadings. Briefing should be filed **by 5:00 p.m. on Wednesday, May 15, 2024.**

**SO ORDERED** on this **13th day of May 2024.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE