IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; FORT WORTH CHAMBER OF COMMERCE; LONGVIEW CHAMBER OF COMMERCE; AMERICAN BANKERS ASSOCIATION; CONSUMER BANKERS ASSOCIATION; and TEXAS ASSOCIATION OF BUSINESS,<br><br>  Plaintiffs,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU; and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau,<br><br>  Defendants. | Case No.: 4:24-cv-213-P |

## **NOTICE**

On Friday, May 17, the court of appeals granted Defendants' motion to dismiss as moot Plaintiffs' appeal from the effective denial of Plaintiffs' motion for a preliminary injunction. Unpublished Order, 24-10248, ECF No. 122. Under the Fifth Circuit's default procedures, the mandate will issue on July 9, 2024. However, Defendants moved this morning for immediate issuance of the mandate to eliminate any questions about the scope of this Court's jurisdiction to proceed with this case. Defendants will apprise the Court of any further relevant developments in the Fifth Circuit.

| | |
|---|---|
| DATED: May 20, 2024 | Respectfully Submitted, |

SETH FROTMAN
*General Counsel*

STEVEN Y. BRESSLER
*Deputy General Counsel*

KRISTIN BATEMAN
*Assistant General Counsel*

*/s/ Joseph A. Frisone*
JOSEPH A. FRISONE*
*Senior Counsel*
Va. Bar No. 90728
JUSTIN M. SANDBERG*
*Senior Counsel*
Ill. Bar No. 6278377
STEPHANIE B. GARLOCK*
*Counsel*
D.C. Bar No. 1779629
Consumer Financial Protection Bureau
1700 G St. NW
Washington, D.C. 20552
Stephanie.Garlock@cfpb.gov
Justin.Sandberg@cfpb.gov
Joseph.Frisone@cfpb.gov
(202) 435-7201 (Garlock)
(202) 450-8786 (Sandberg)
(202) 435-9287 (Frisone)
(202) 435-7024 (fax)

*Admitted *pro hac vice*

*Counsel for Defendants the Consumer Financial Protection Bureau and Rohit Chopra*

**CERTIFICATE OF SERVICE**

    I hereby certify on May 20, 2024, a true and correct copy of this document was served electronically by the Court's CM/ECF system to all counsel of record.

                                                                           */s/ Joseph A. Frisone*
                                                                           Joseph Frisone