FILED
May 28, 2024
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
May 24, 2024
Lyle W. Cayce
Clerk

No. 24-10248

───────────

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA;
FORT WORTH CHAMBER OF COMMERCE; LONGVIEW CHAMBER
OF COMMERCE; AMERICAN BANKERS ASSOCIATION; CONSUMER
BANKERS ASSOCIATION; TEXAS ASSOCIATION OF BUSINESS,

*Plaintiffs—Appellants*,

*versus*

CONSUMER FINANCIAL PROTECTION BUREAU; ROHIT CHOPRA,
IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE CONSUMER
FINANCIAL PROTECTION BUREAU,

*Defendants—Appellees*.

───────────

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CV-213

───────────

UNPUBLISHED ORDER

Before HIGGINSON, WILLETT, and OLDHAM, *Circuit Judges*.

PER CURIAM:

    IT IS ORDERED that the Appellees' unopposed motion to issue the mandate forthwith is GRANTED.