**FILED**
**May 28, 2024**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
May 17, 2024
Lyle W. Cayce
Clerk

**Certified as a true copy and issued as the mandate on May 24, 2024**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

No. 24-10248

---

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA;
FORT WORTH CHAMBER OF COMMERCE; LONGVIEW CHAMBER
OF COMMERCE; AMERICAN BANKERS ASSOCIATION; CONSUMER
BANKERS ASSOCIATION; TEXAS ASSOCIATION OF BUSINESS,

*Plaintiffs—Appellants,*

versus

CONSUMER FINANCIAL PROTECTION BUREAU; ROHIT CHOPRA,
*in his official capacity as Director of the Consumer Financial Protection Bureau,*

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CV-213

---

UNPUBLISHED ORDER

Before HIGGINSON, WILLETT, and OLDHAM, *Circuit Judges.*

PER CURIAM:

The motion to dismiss the appeal as moot is GRANTED.