**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; FORT WORTH CHAMBER OF COMMERCE; LONGVIEW CHAMBER OF COMMERCE; AMERICAN BANKERS ASSOCIATION; CONSUMER BANKERS ASSOCIATION; and TEXAS ASSOCIATION OF BUSINESS, | |
| Plaintiffs, | |
| v. | Case No.: 4:24-cv-213-P |
| CONSUMER FINANCIAL PROTECTION BUREAU; and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau, | |
| Defendants. | |

**DEFENDANTS' RENEWED MOTION TO TRANSFER UNDER 28 U.S.C. § 1404
AND MOTION TO DISMISS OR TRANSFER UNDER 28 U.S.C. § 1406**

Defendants the Consumer Financial Protection Bureau and Rohit Chopra (collectively, the Bureau) respectfully move to transfer this case to the United States District Court for the District of Columbia, or to dismiss the case entirely. As the Bureau explains in its accompanying brief, the Court should transfer this case under 28 U.S.C. § 1404 because Washington, D.C., is a better venue for resolving a dispute over a regulation promulgated in D.C. that directly affects only large credit card issuers—none of which are based in this Division or District—than the Fort Worth Division of the Northern District of Texas. In the alternative, the Court should dismiss or transfer this case

1

under 28 U.S.C. § 1406 because Plaintiffs have not established that venue is proper in this District in the first place.

DATED:  May 28, 2024

Respectfully Submitted,

SETH FROTMAN
*General Counsel*

STEVEN Y. BRESSLER
*Deputy General Counsel*

KRISTIN BATEMAN
*Assistant General Counsel*

*/s/ Stephanie B. Garlock*
STEPHANIE B. GARLOCK*
*Counsel*
D.C. Bar No. 1779629
JUSTIN M. SANDBERG*
*Senior Counsel*
Ill. Bar No. 6278377
JOSEPH FRISONE*
*Senior Counsel*
Va. Bar No. 90728
Consumer Financial Protection Bureau
1700 G St. NW
Washington, D.C. 20552
Stephanie.Garlock@cfpb.gov
Justin.Sandberg@cfpb.gov
Joseph.Frisone@cfpb.gov
(202) 435-7201 (Garlock)
(202) 450-8786 (Sandberg)
(202) 435-9287 (Frisone)
(202) 435-7024 (fax)
*Admitted *pro hac vice*

*Counsel for Defendants the Consumer Financial Protection Bureau and Rohit Chopra*

2

## CERTIFICATE OF CONFERENCE

I hereby certify that on May 28, 2024, I communicated by email with counsel for

Plaintiffs Michael Murray, who indicated that Plaintiffs oppose the motion to dismiss or transfer.

*/s/ Stephanie B. Garlock*
STEPHANIE B. GARLOCK

**CERTIFICATE OF SERVICE**

I hereby certify on May 28, 2024, a true and correct copy of this document was served electronically by the Court's CM/ECF system to all counsel of record.

/s/ Stephanie B. Garlock
STEPHANIE B. GARLOCK