**FILED**
**May 29, 2024**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
May 29, 2024
Lyle W. Cayce
Clerk

No. 24-10463

In re Fort Worth Chamber of Commerce; Longview Chamber of Commerce; American Bankers Association; Consumer Bankers Association; Texas Association of Business; Chamber of Commerce for the United States of America,

*Petitioners.*

---

Petition from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CV-213

---

UNPUBLISHED ORDER

Before HAYNES, WILLETT, and DUNCAN, *Circuit Judges*.

PER CURIAM:

    IT IS ORDERED that the district court's transfer order is administratively STAYED until 5:00 p.m. on Tuesday, June 18, 2024.