# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 29, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 24-10463   In re: Chamber of Commerce
                      USDC No. 4:24-CV-213

Enclosed is an order entered in this case.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Peter A. Conners, Deputy Clerk
                                  504-310-7685

Ms. Stephanie Garlock
Ms. Karen S. Mitchell
Ms. Maria Monaghan
Mr. Michael F. Murray
Mr. Thomas Pinder
Mr. Justin Michael Sandberg
Mr. Philip Avery Vickers