**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; FORT WORTH CHAMBER OF COMMERCE; LONGVIEW CHAMBER OF COMMERCE; AMERICAN BANKERS ASSOCIATION; CONSUMER BANKERS ASSOCIATION; and TEXAS ASSOCIATION OF BUSINESS, | |
|     Plaintiffs, | |
| v. | Case No.: 4:24-cv-213-P |
| CONSUMER FINANCIAL PROTECTION BUREAU; and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau, | |
|     Defendants. | |

**DEFENDANTS' MOTION TO DISSOLVE THE PRELIMINARY INJUNCTION**

Defendants the Consumer Financial Protection Bureau and Rohit Chopra (collectively, the Bureau) respectfully move to dissolve the preliminary injunction granted in the Court's May 10 order, ECF No. 82, and to lift the stay of the Bureau's Late Fee Rule. As the Bureau explains in its accompanying brief, the Court should dissolve the preliminary injunction because its analysis of Plaintiffs' likelihood of success on the merits rested entirely on the Fifth Circuit's holding in *Community Financial Services Ass'n of America, Ltd. v. CFPB*, 51 F.4th 616, 638 (5th Cir. 2022), which the Supreme Court has since reversed, *see CFPB v. Cmty. Fin. Servs. Ass'n of Am., Ltd.*, 601 U.S. 416, 435 (2024). That substantial change in the law governing Plaintiffs' constitutional

claim requires dissolving the Court's preliminary injunction. Although Plaintiffs raised several statutory grounds for relief in their preliminary injunction motion, they have not established a likelihood of success on any of them. The Court should therefore dissolve the preliminary injunction and lift the stay of the Bureau's Late Fee Rule.

DATED:  July 8, 2024                              Respectfully Submitted,

                                                 SETH FROTMAN
                                                 *General Counsel*

                                                 STEVEN Y. BRESSLER
                                                 *Deputy General Counsel*

                                                 KRISTIN BATEMAN
                                                 *Assistant General Counsel*

                                                 */s/ Stephanie B. Garlock*
                                                 STEPHANIE B. GARLOCK*
                                                 *Counsel*
                                                 D.C. Bar No. 1779629
                                                 JUSTIN M. SANDBERG*
                                                 *Senior Counsel*
                                                 Ill. Bar No. 6278377
                                                 JOSEPH FRISONE*
                                                 *Senior Counsel*
                                                 Va. Bar No. 90728
                                                 Consumer Financial Protection Bureau
                                                 1700 G St. NW
                                                 Washington, D.C. 20552
                                                 Stephanie.Garlock@cfpb.gov
                                                 Justin.Sandberg@cfpb.gov
                                                 Joseph.Frisone@cfpb.gov
                                                 (202) 435-7201 (Garlock)
                                                 (202) 450-8786 (Sandberg)
                                                 (202) 435-9287 (Frisone)
                                                 (202) 435-7024 (fax)
                                                 *Admitted *pro hac vice*

                                                 *Counsel for Defendants the Consumer Financial Protection Bureau and Rohit Chopra*

## CERTIFICATE OF CONFERENCE

I hereby certify that on July 8, 2024, I communicated by email with counsel for Plaintiffs, who indicated that Plaintiffs oppose the motion to dissolve the preliminary injunction.

*/s/ Stephanie B. Garlock*
STEPHANIE B. GARLOCK

## CERTIFICATE OF SERVICE

I hereby certify on July 8, 2024, a true and correct copy of this document was served electronically by the Court's CM/ECF system to all counsel of record.

/s/ Stephanie B. Garlock
STEPHANIE B. GARLOCK