UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CHAMBER OF COMMERCE OF THE
UNITED STATES OF AMERICA, ET AL.,**

  Plaintiffs,

v.   No. 4:24-cv-00213-P

**CONSUMER FINANCIAL PROTECTION
BUREAU, ET AL.,**

  Defendants.

## ORDER

  Before the Court is the Government's Motion to Dissolve the Preliminary Injunction and its accompanying brief. ECF Nos. 99, 100. The Government is requesting this Motion due to the Fifth Circuit's recent opinion in this case. *See* ECF Nos. 100, 98. However, a review of the Fifth Circuit's docket in this case shows that the mandate from the Fifth Circuit does not issue in this case until August 12, 2024. Therefore, the Court lacks the jurisdiction to adjudicate any motions or filings from the Parties until the mandate is issued from the Fifth Circuit on August 12, 2024.

  Accordingly, the Clerk is **INSTRUCTED** to **STRIKE** and **UNFILE** ECF Nos. 99, 100, 101 from the docket.

  **SO ORDERED** on this **10th day of July 2024.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE