UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CHAMBER OF COMMERCE OF THE
UNITED STATES OF AMERICA, ET AL.,**

 Plaintiffs,

v.              No. 4:24-cv-00213-P

**CONSUMER FINANCIAL PROTECTION
BUREAU, ET AL.,**

 Defendants.

## ORDER

On June 18, 2024, the Fifth Circuit entered an Opinion in which the Circuit Court dissolved the administrative stay of this Court's May 28, 2024, Transfer Order, granted Plaintiffs' petition for writ of mandamus, and directed this Court to vacate its May 28th Transfer Order. *See* ECF No. 98. The mandate from the Fifth Circuit was originally slated to be issued on August 12, 2024, but upon motion by the Defendants at the Fifth Circuit, the Fifth Circuit has since issued the mandate returning the case to this Court.

In consistency with the Fifth Circuit's mandate, the Court **VACATES** its May 28th transfer order (ECF No. 96) and **INSTRUCTS** the Clerk to **REOPEN** the case.

**SO ORDERED** on this **16th day of July 2024.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE