**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; FORT WORTH CHAMBER OF COMMERCE; LONGVIEW CHAMBER OF COMMERCE; AMERICAN BANKERS ASSOCIATION; CONSUMER BANKERS ASSOCIATION; and TEXAS ASSOCIATION OF BUSINESS,<br><br>    Plaintiffs,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU; and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau,<br><br>    Defendants. | Case No.: 4:24-cv-213-P |

**DEFENDANTS' MOTION TO DISSOLVE THE PRELIMINARY INJUNCTION**

Defendants the Consumer Financial Protection Bureau and Rohit Chopra (collectively, the Bureau) respectfully move to dissolve the preliminary injunction granted in the Court's May 10 order, ECF No. 82, and to lift the stay of the Bureau's Late Fee Rule. As the Bureau explains in its accompanying brief, the Court should dissolve the preliminary injunction because its analysis of Plaintiffs' likelihood of success on the merits rested entirely on the Fifth Circuit's holding in *Community Financial Services Ass'n of America, Ltd. v. CFPB*, 51 F.4th 616, 638 (5th Cir. 2022), which the Supreme Court has since reversed, *see CFPB v. Cmty. Fin. Servs. Ass'n of Am., Ltd.*, 601 U.S. 416, 435 (2024). That substantial change in the law governing Plaintiffs' constitutional

1

claim requires dissolving the Court's preliminary injunction. Although Plaintiffs raised several statutory grounds for relief in their preliminary injunction motion, they have not established a likelihood of success on any of them. The Court should therefore dissolve the preliminary injunction and lift the stay of the Bureau's Late Fee Rule.

DATED:  July 18, 2024                    Respectfully Submitted,

                                        SETH FROTMAN
                                        *General Counsel*

                                        STEVEN Y. BRESSLER
                                        *Deputy General Counsel*

                                        KRISTIN BATEMAN
                                        *Assistant General Counsel*

                                        */s/ Stephanie B. Garlock*
                                        STEPHANIE B. GARLOCK*
                                        *Counsel*
                                        D.C. Bar No. 1779629
                                        JUSTIN M. SANDBERG*
                                        *Senior Counsel*
                                        Ill. Bar No. 6278377
                                        JOSEPH FRISONE*
                                        *Senior Counsel*
                                        Va. Bar No. 90728
                                        Consumer Financial Protection Bureau
                                        1700 G St. NW
                                        Washington, D.C. 20552
                                        Stephanie.Garlock@cfpb.gov
                                        Justin.Sandberg@cfpb.gov
                                        Joseph.Frisone@cfpb.gov
                                        (202) 435-7201 (Garlock)
                                        (202) 450-8786 (Sandberg)
                                        (202) 435-9287 (Frisone)
                                        (202) 435-7024 (fax)
                                        *Admitted *pro hac vice*

                                        *Counsel for Defendants the Consumer
                                        Financial Protection Bureau and Rohit
                                        Chopra*

## CERTIFICATE OF CONFERENCE

I hereby certify that on July 8, 2024, I communicated by email with counsel for Plaintiffs, who indicated that Plaintiffs oppose the motion to dissolve the preliminary injunction.

*/s/ Stephanie B. Garlock*
STEPHANIE B. GARLOCK

## CERTIFICATE OF SERVICE

I hereby certify on July 18, 2024, a true and correct copy of this document was served electronically by the Court's CM/ECF system to all counsel of record.

*/s/ Stephanie B. Garlock*
STEPHANIE B. GARLOCK