IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; FORT WORTH CHAMBER OF COMMERCE; LONGVIEW CHAMBER OF COMMERCE; AMERICAN BANKERS ASSOCIATION; CONSUMER BANKERS ASSOCIATION; and TEXAS ASSOCIATION OF BUSINESS,<br><br>                  Plaintiffs,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU; and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau,<br><br>                  Defendants. | Case No. 24-cv-213-P |

**PLAINTIFFS' UNOPPOSED MOTION TO
WITHDRAW APPEARANCE OF COUNSEL**

Pursuant to Local Rule 83.12, Plaintiffs respectfully move to withdraw the appearance of Tor Tarantola as counsel. Plaintiffs state the following in support:

1. After August 16, 2024, Mr. Tarantola will no longer be affiliated with the law firm of Paul Hastings LLP.

2. Plaintiffs will continue to be represented by Paul Hastings LLP and other counsel of record whose contact information is listed in the signature block below.

3. Defendants do not oppose this motion.

1

Accordingly, Plaintiffs respectfully ask that the Court grant leave for Tor Tarantola to withdraw his appearance as counsel for Plaintiffs.

Dated: August 16, 2024

Respectfully submitted,

/s/ *Michael Murray*
Michael Murray
D.C. Bar No. 1001680
*Admitted Pro Hac Vice*
michaelmurray@paulhastings.com
Tor Tarantola
D.C. Bar No. 1738602
*Admitted Pro Hac Vice*
tortarantola@paulhastings.com
PAUL HASTINGS LLP
2050 M Street NW
Washington, DC 20036
(202) 551-1730

Philip Vickers
Texas Bar No. 24051699
pvickers@canteyhanger.com
Derek Carson
Texas Bar No. 24085240
dcarson@canteyhanger.com
CANTEY HANGER LLP
600 West 6th Street, Suite 300
Fort Worth, TX 76102
(817) 877-2800

***Attorneys for Plaintiffs***

Thomas Pinder
D.C. Bar No. 451114
*Admitted Pro Hac Vice*
tpinder@aba.com
Andrew Doersam
D.C. Bar No. 1779883
*Admitted Pro Hac Vice*
adoersam@aba.com
AMERICAN BANKERS ASSOCIATION
1333 New Hampshire Ave. NW
Washington, DC 20036

***Attorneys for Plaintiff American Bankers Association***

Jennifer B. Dickey
D.C. Bar No. 1017247
*Admitted Pro Hac Vice*
jdickey@uschamber.com
Maria C. Monaghan
D.C. Bar No. 90002227
*Admitted Pro Hac Vice*
mmonaghan@uschamber.com
U.S. CHAMBER LITIGATION CENTER
1615 H Street NW
Washington, DC 20062

***Attorneys for Plaintiff Chamber of Commerce of the United States of America***

## CERTIFICATE OF CONFERENCE

I certify that counsel for Plaintiffs have conferred by email with counsel for Defendants, who represented that Defendants do not oppose this motion.

/s/ *Michael Murray*

Michael Murray
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on August 16, 2024, a true and correct copy of the foregoing document was served on counsel of record via this Court's ECF system.

/s/ *Michael Murray*

Michael Murray
*Counsel for Plaintiffs*
