**GIBSON DUNN**

Jacob T. Spencer
Partner
T: +1 202.887.3792
M: +1 202.527.1525
jspencer@gibsondunn.com

August 20, 2024

*Via CM/ECF*

The Honorable Mark T. Pittman
U.S. District Court for the Northern District of Texas
501 West 10th Street, Room 401
Fort Worth, Texas 76102-3673

Re:     *Chamber of Commerce of the United States of America et al. v.*
        *Consumer Financial Protection Bureau*, No. 4:24-CV-00213-P

Dear Judge Pittman:

The Bank Policy Institute submitted an amicus brief (ECF 32) in support of plaintiffs' motion for a preliminary injunction on March 13, 2024. BPI believes that the arguments and authorities in its brief would be equally helpful to the Court in considering plaintiffs' opposition to the Consumer Financial Protection Bureau's pending motion to dissolve that injunction. BPI would be happy to resubmit its brief if that would be helpful to the Court.

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

*/s/ Jacob T. Spencer*

Jacob T. Spencer (*pro hac vice*)

CC:  All counsel of record

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2024, the foregoing was served upon all counsel of record who have consented to electronic service.

*/s/ Jacob T. Spencer*
Jacob T. Spencer
