UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, ET AL.,**

   Plaintiffs,

v.                        No. 4:24-cv-00213-P

**CONSUMER FINANCIAL PROTECTION BUREAU, ET AL.,**

   Defendants.

## ORDER

This case does not appear to present additional issues requiring discovery. In the interest of judicial efficiency, and to address any additional legal determinations, the Court finds it necessary for the Parties to provide a summary judgment briefing schedule.

Therefore, the Court **ORDERS** that **on or before December 23, 2024,** the Parties prepare a joint report that details the remaining legal issues and a summary judgment briefing schedule for those issues.

**SO ORDERED** on this **10th day of December 2024.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE