UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CHAMBER OF COMMERCE OF THE**
**UNITED STATES OF AMERICA, ET AL.,**

  Plaintiffs,

v.                                    No. 4:24-cv-00213-P

**CONSUMER FINANCIAL PROTECTION**
**BUREAU, ET AL.,**

  Defendants.

## ORDER

Before the Court is Defendants' Unopposed Motion to Excuse the Answer Requirement. ECF No. 130. Having considered the Motion and applicable law, the Court hereby **GRANTS** the Motion.

Accordingly, Defendants are not required to file an answer to Plaintiffs' Complaint. Instead, the Parties will prepare a joint report as previously ordered by the Court. ECF No. 129.

**SO ORDERED** on this **16th day of December 2024.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE