UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CHAMBER OF COMMERCE OF THE
UNITED STATES OF AMERICA, ET AL.,**

   Plaintiffs,

v.                                        No. 4:24-cv-00213-P

**CONSUMER FINANCIAL PROTECTION
BUREAU, ET AL.,**

   Defendants.

## ORDER

Before the Court is the Parties' Joint Report Regarding Scheduling. ECF No. 132. In the Report, the Parties agree that "it is appropriate to resolve any remaining issues in this case through summary judgment briefing." *Id.* at 2. Having reviewed the Report and agreed-upon schedule submitted by the Parties, the Court hereby **ORDERS** the following deadlines:

- **January 9, 2025**: Defendants file the certified index of the administrative record and serve it on Plaintiffs
- **February 20, 2025**: Plaintiffs file their opening Motion for Summary Judgment
- **April 3, 2025**: Defendants file their combined Cross-Motion for Summary Judgment and Response to Plaintiffs' Motion for Summary Judgment
- **May 1, 2025**: Plaintiffs file their combined Response to Defendants' Cross-Motion for Summary Judgment and Reply in Support of their Motion for Summary Judgment
- **May 22, 2025**: Defendants file their Reply in Support of their Cross-Motion for Summary Judgment

**SO ORDERED** on this **26th day of December 2024.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE