UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CHAMBER OF COMMERCE OF THE**
**UNITED STATES OF AMERICA, ET AL.,**

   Plaintiffs,

v.                                                  No. 4:24-cv-00213-P

**CONSUMER FINANCIAL PROTECTION**
**BUREAU, ET AL.,**

   Defendants.

## ORDER

   The Court has become aware of the change in leadership within the Consumer Financial Protection Bureau's ("CFPB") and the most recent instruction from CFPB's new leadership to CFPB employees to cease "all supervision and examination activity" and "all stakeholder engagement."[1] Accordingly, the Court **ORDERS** that CFPB file a status report **within 30 days** that explains how CFPB plans to proceed in this case.

   **SO ORDERED** on this **10th day of February 2025.**

                                             **MARK T. PITTMAN**
                                             UNITED STATES DISTRICT JUDGE

---

[1] *See* Ryan Mac and Stacy Cowley, *Federal Financial Watchdog Ordered to Cease Activity*, New York Times (Feb. 9, 2025, 1:06 AM), https://archive.is/2025.02.09-075321/https://www.nytimes.com/2025/02/08/us/politics/cfpb-vought-staff-finance-watchdog.html