UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CHAMBER OF COMMERCE OF THE
UNITED STATES OF AMERICA, ET AL.,**

  Plaintiffs,

v.                                          No. 4:24-cv-00213-P

**CONSUMER FINANCIAL PROTECTION
BUREAU, ET AL.,**

  Defendants.

## ORDER

    Before the Court is the Defendants' Unopposed Motion to Withdraw the Appearance of Kristin Bateman as Counsel. ECF No. 141. Having considered the Motion, and finding good cause, the Defendants' Motion is **GRANTED**. Kristin Bateman is released as counsel of record for the Defendants.

    **SO ORDERED** on this **27th day of February 2025.**

_____
**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE