IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; FORT WORTH CHAMBER OF COMMERCE; LONGVIEW CHAMBER OF COMMERCE; AMERICAN BANKERS ASSOCIATION; CONSUMER BANKERS ASSOCIATION; and TEXAS ASSOCIATION OF BUSINESS, <br><br> Plaintiffs, <br><br> v. <br><br> CONSUMER FINANCIAL PROTECTION BUREAU; and RUSSELL VOUGHT,[1] in his official capacity as Director of the Consumer Financial Protection Bureau, <br><br> Defendants. | Case No.: 4:24-cv-213-P |

**UNOPPOSED MOTION TO WITHDRAW APPEARANCE**

I, Stephanie B. Garlock, hereby move to withdraw my appearance on behalf of Defendants in the above-captioned case because I will be leaving the Consumer Financial Protection Bureau. Defendants will continue to be represented by other attorneys at the Consumer Financial Protection Bureau who have previously entered appearances in this case—Justin Sandberg and Joseph Frisone, whose address at the CFPB is 1700 G Street, NW, Washington, D.C. 20552. Plaintiffs have no objection to this motion.

---

[1] Mr. Vought became the Acting Director of the CFPB on February 7, 2025. He is automatically substituted as a party in his official capacity. *See* Fed. R. Civ. P. 25(d).

1

DATED:  March 13, 2025                          <u>*/s/ Stephanie B. Garlock*</u>
                                                                    STEPHANIE B. GARLOCK*
*Counsel*
D.C. Bar No. 1779629
Consumer Financial Protection Bureau
1700 G St. NW
Washington, D.C. 20552
Stephanie.Garlock@cfpb.gov
(202) 435-7201 (phone)
(202) 435-7024 (fax)

*Admitted pro hac vice

*Counsel for Defendants the Consumer Financial Protection Bureau and Russell Vought*

## CERTIFICATE OF SERVICE

I hereby certify on March 13, 2025, a true and correct copy of this document was served electronically by the Court's CM/ECF system to all counsel of record.

*/s/ Stephanie B. Garlock*
STEPHANIE B. GARLOCK

## CERTIFICATE OF CONFERENCE

I certify that on March 11, 2025, counsel for Defendants conferred with Michael Murray, counsel for Plaintiffs, who indicated that Plaintiffs have no objection to this motion.

*/s/ Stephanie B. Garlock*
STEPHANIE B. GARLOCK