UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CHAMBER OF COMMERCE OF THE
UNITED STATES OF AMERICA, ET AL.,**

  Plaintiffs,

v.                                                            No. 4:24-cv-00213-P

**CONSUMER FINANCIAL PROTECTION
BUREAU, ET AL.,**

  Defendants.

## ORDER

On March 12, 2025, the Defendants filed a Status Report. ECF No. 143. According to the Report, Defendants believe "an agreement can be reached in 30 days" and request that the Court stay all pending deadlines in this litigation. *Id.* at 2. Having considered the request, the Court concludes that it should be and hereby is **GRANTED**.

Accordingly, all deadlines in this case are **STAYED**. If no resolution of the case is reached within the next **30 days**, the Parties are **ORDERED** to file a joint status report.

**SO ORDERED** on this **13th day of March 2025.**

_____
**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE