IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; FORT WORTH CHAMBER OF COMMERCE; LONGVIEW CHAMBER OF COMMERCE; AMERICAN BANKERS ASSOCIATION; CONSUMER BANKERS ASSOCIATION; and TEXAS ASSOCIATION OF BUSINESS,<br><br>  Plaintiffs,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU; and RUSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau,<br><br>  Defendants. | Case No.: 4:24-cv-213-P |

**UNOPPOSED MOTION TO WITHDRAW**

I, Justin Sandberg, hereby move to withdraw my appearance on behalf of Defendants in this case to avoid a potential conflict of interest.  Defendants will continue to be represented by, Joseph Frisone, an attorney at the Consumer Financial Protection Bureau who has previously entered an appearance in this case—and whose address at the CFPB is 1700 G Street, NW, Washington, D.C. 20552.  Plaintiffs have no objection to this motion.

DATED:  April 8, 2025					Respectfully Submitted,


							*/s/ Justin M. Sandberg*  
							JUSTIN M. SANDBERG\*  
							*Senior Counsel*  
							Ill. Bar No. 6278377  
							Consumer Financial Protection Bureau  
							1700 G St. NW  
							Washington, D.C. 20552  
							Justin.Sandberg@cfpb.gov  
							(202) 450-8786  
							(202) 435-7024 (fax)  

							\*Admitted *pro hac vice*

							*Counsel for Defendants the Consumer Financial Protection Bureau and Russell Vought*

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2025, a true and correct copy of this document was served electronically by the Court's CM/ECF system to all counsel of record.

>*/s/ Justin M. Sandberg*
>JUSTIN M. SANDBERG

## CERTIFICATE OF CONFERENCE

I certify that on April 8, 2025, counsel for Defendants conferred with Benton York, counsel for Plaintiffs, who indicated that Plaintiffs have no objection to this motion.

>*/s/ Justin M. Sandberg*
>JUSTIN M. SANDBERG